IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| DERRICK S. TAYLOR, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civil No. 3:13-1275 |
| | ) | Judge Trauger |
| JERRY LESTER, | ) | |
| | ) | |
| Respondent. | ) | |

### **O R D E R**

The court is in receipt of a letter from petitioner Derrick S. Taylor dated January 28, 2014.

It is hereby **ORDERED** that the Clerk shall file this letter as part of the record in this case. The Clerk is further directed to furnish to the petitioner and to counsel for the respondent a copy of both the letter and this Order.

It is so **ORDERED.**

Enter this 3rd day of February 2014.

ALETA A. TRAUGER
United States District Judge